**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 99-6357**

───────────

ROY JOHNSON, JR.,

                                       Petitioner - Appellant,

    versus

RALPH LOGAN, Warden; ATTORNEY GENERAL FOR THE
STATE OF MARYLAND,

                                  Respondents - Appellees.

───────────

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Andre M. Davis, District Judge. (CA-98-
3628-AMD)

───────────

Submitted: July 22, 1999          Decided: July 28, 1999

───────────

Before ERVIN, HAMILTON, and TRAXLER, Circuit Judges.

───────────

Dismissed by unpublished per curiam opinion.

───────────

Roy Johnson, Jr., Appellant Pro Se. John Joseph Curran, Jr., At-
torney General, Ann Norman Bosse, OFFICE OF THE ATTORNEY GENERAL OF
MARYLAND, Baltimore, Maryland, for Appellees.

───────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Roy Johnson, Jr., seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Johnson v. Logan, No. CA-98-3628-AMD (D. Md. Feb. 25, 1999).* We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

* Although the district court's order is marked as "filed" on February 23, 1999, the district court's records show that it was dated on the docket sheet on February 25, 1999. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).

2